# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-1627 MRW | Date | April 17, 2019 |
|---|---|---|---|
| Title | Chris Langer v. Sau M. Wong et al | | |

Present: The Honorable **Michael R. Wilner**

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: DISMISSAL

The parties filed a notice voluntarily dismissing this case with prejudice. (Docket # 13.) This action is dismissed with prejudice.